JOHN C. GRIFFIN, complainant-appellant,

*v.*

CLARK MCK. WHITTEMORE et al., defendants-respondents.

[Argued May 22d, 1931. Decided October 19th, 1931.]

*Mr. J. A. Kiernan,* for the appellant.

*Messrs. Whittemore & McLean,* for the respondents.

PER CURIAM.

The order appealed from will be affirmed for the reasons stated in the memorandum filed by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.